STATE of Missouri, Plaintiff/Respondent,

v.

Emanuel CARTER, Defendant/Appellant.

Emanuel CARTER, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 60759, 63364.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 24, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1993.

Application to Transfer Denied
Nov. 23, 1993.

Stormy B. White, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of his Rule 29.15 Motion without an evidentiary hearing. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court

is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).